AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

District Court
District of Texas
FILED
JAN 0 5 2015
Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Andrew VILLALONE<br>1992/USC<br><br>*Defendant* | )<br>)<br>) Case No. M-15-0006-M<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/03/2015  in the county of  Starr  in the  Southern  District of  Texas , the defendant violated  Title 21  U. S. C. §  841 (a) (1), 846 , an offense described as follows:

Knowingly and intentionally possess with intent to distribute approximately 412 kilograms of marijuana ,a Schedule II Controlled Substance.
Knowingly and intentionally Conspire to possess with the intent to distribute approximately 412 kilograms of marijuana ,a Schedule II Controlled Substance.

This criminal complaint is based on these facts:
SEE ATTACHMENT

☐ Continued on the attached sheet.

*approved by*
[signature]

*Complainant's signature*

Hector Mendez/Task Force Agent-DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/05/2015

[signature]
*Judge's signature*

City and state:  McAllen, Texas     U.S. Magistrate Dorina Ramos
*Printed name and title*

# ATTACHMENT

On January 03, 2015, while USBP Agent Raul Vega was conducting line watch duties in the area of Fronton, Texas, was notified by Aerostat Operator Agent Yzaguirre that he observed several subjects walking north of the Rio Grande River carrying what appeared to be bundles of narcotics. A short time later Agent Ysaguirre notified Agent Vega that a light colored vehicle was traveling toward the subjects carrying the bundles. Agent Ysaguirre then advised Agent Vega that the subjects loaded the bundles into the vehicle and then fled toward the river. Agent Vega proceeded to the location, as Agent Vega Approached the area, he noticed the vehicle traveling at a high rate of speed toward US Highway 83. Agent Vega was able to look at the driver later identified as Andrew VILLALONE. Agent Vega proceeded to follow the vehicle, but the manner VILLALONE was driving , Agent Vega lost sight of the vehicle momentarily. Agent Vega followed the dirt sign and a short time later located the vehicle (silver 2001 GMC Jimmy) with the driver side door open. As Agent Vega approached the vehicle, Agent Vega noticed several bundles inside of the vehicle in plain view. Agent Vega requested assistance from other Agents to attempt to locate VILLALONE. A few minutes later, Agent Ysaguirre, who was utilizing the Aerostat camera and was, following the vehicle from the River to the location VILLALONE abandoned the vehicle and fled, guided Agent Waters to the location where VILLALONE was hiding. A short time later Agent Waters located VILLALONE hiding nearby a brushy area. Agent Vega positively identified the driver of the vehicle that was loaded with bundles that were crossed into the US from Mexico, as VILLALONE. VILLALONE and twenty-five bundles were transported to the Rio Grande City Border Patrol Station. The bundles weighted 412 kilograms and tested positive for marijuana. On the same date, TFAs Hector Mendez and Cosme Muniz made contact with VILLALONE at the US Border Patrol Station. As TFA Mendez was escorting VILLALONE to an interview room, TFA Mendez noticed that VILLALONE had several scratches all over his arms and face consistent with someone that was running through thick brush. TFA Mendez advised VILLALONE of his Miranda Rights as witnessed by TFA Muniz. VILLALONE immediately stated that he wanted an attorney and did not want to speak to TFAs Mendez and Muniz. The interview was terminated.